# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| BAE Systems Southeast Shipyards Mayport LLC | ) | ASBCA No. 59876 |
| | ) | |
| Under Contract No. N00024-10-C-4406 | ) | |

APPEARANCES FOR THE APPELLANT:
Robert E. Korroch, Esq.
William A. Wozniak, Esq.
Williams Mullen
Norfolk, VA

APPEARANCES FOR THE GOVERNMENT:
Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Anthony K. Hicks, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 August 2017

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59876, Appeal of BAE Systems Southeast Shipyards Mayport LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals